JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO KIRK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:25-cv-00013-DTB<br>*Magistrate Judge David T. Bristow*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO RIVERSIDE COUNTY SUPERIOR COURT**<br><br>[Removal from Superior Court of California, County of Riverside, Case No. CVRI2406469] |

ORDER

MORTENSON
TAGGART
ADAMS LLP

## ORDER

The Court, having considered the Joint Stipulation to Remand this action to the Superior Court of the State of California for the County of Riverside filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. This action is remanded to the Superior Court of the State of California for the County of Riverside.

DATED: January 23, 2025

By: *[signature: David T. Bristow]*
Honorable David T. Bristow
United States District Court Magistrate Judge